DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

STEFANIE TASHAE YOUNG,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3222

————————————————

February 16, 2024

Appeal from the Circuit Court for Hillsborough County; Scott A. Farr, Judge.

Howard L. Dimmig, II, Public Defender and Caroline Joan S. Picart, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, KELLY, and, BLACK, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.